UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TO: Clerk, United States District Court

Attention: Wendy K. Hernandez
Deputy Clerk

Date: March 5, 2021

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Gregory Donte Jr Gordon | 2:14-CR-00338-SJO-44 | 67867-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* PETER JOHNSON |
|---|---|
| | TELEPHONE NO.: 310-295-1785 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on March 15, 2021 at 10:00a.m. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes  ☒ No      Language Type: _____

ARLENE CARTY, 661-816-5312           NOELLE JONES 818-822-6137
U. S. PROBATION OFFICER              SUPERVISING PROBATION OFFICER

FAX NO.

Routing of Request:    Orig. To Clerk's Office    Copies to:    U. S. Attorney (Chief, Criminal Division)
                                                                Federal Public Defender (Chief Deputy)

---

**FOR CLERK'S USE ONLY**

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Judge of the, United States District Court on 3/15/21 at 10:30 a.m./p.m. in Courtroom No. 6A.

Date 3/5/21

CLERK, U. S. DISTRICT COURT
By _____
Deputy Clerk

Routing on Notice by Clerk:    Original - Court File                                        ☒
                               cc:  U. S. Probation & Pretrial Services Office              ☒
                                    U. S. Attorney, Attn: Chief, Criminal Division          ☒
                                    Defense Attorney                                         ☒
                                    Federal Public Defender, Attn: Chief Deputy             ☒
                                    U. S. Marshal (Warrant Cases only)                      ☐
                                    Interpreter Section, Clerk's Office (When needed)       ☐

SUP 216
1/10/07