# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

cc: USPO

| Case No. | CR 14-338-SJO (PSG) | | Date | March 15, 2021 |
|---|---|---|---|---|

| Present: The Honorable | Philip S. Gutierrez, U.S. District Court Judge (video) |
|---|---|
| Interpreter | None |
| Probation Officer | Arlene Carty (video) |

| Wendy Hernandez (video) | Marea Woolrich (video) | Max Shiner (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DEFT 44: GREGORY DONTE GORDON, JR. (CITED) (video) | X | | | CJA Peter Johnson (video) | X | X | |

**Proceedings**   ZOOM PRELIMINARY REVOCATION HEARING OF SUPERVISED RELEASE

The Court places the defendant under oath, advises him of his Constitutional Rights, and questions his understanding of the proceedings.

The Court proceeds to read the allegations to the defendant, and the defendant admits to the allegations one, three, and four.

The Court finds that the defendant knowingly, voluntarily, and intelligently waives his Constitutional Rights, including the right to a hearing on the Petition filed on March 5, 2021.

The Court also finds that the defendant's admissions are voluntary and knowledgeable, and accepts them.

Accordingly, IT IS ADJUDGED upon the findings of the Court that the defendant is found in violation of his supervised release.

Sentencing is set for May 17, 2021 at 11am.

: 07

Initials of Deputy Clerk   wh